UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL DANWELL ORTIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CATE, et al.,<br><br>    Defendants. | Case No. 12-2602 WHO (PR)<br><br>**ORDER EXTENDING TIME** |

Defendants' motion to extend time to file a dispositive motion, or notice regarding such motion, is GRANTED. Such motion shall be filed on or before November 4, 2013.

**IT IS SO ORDERED.**

**Dated:** August 8, 2013

                                                            WILLIAM H. ORRICK<br>
                                                            United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMAL ORTIZ,

        Plaintiff,

  v.

MATTHEW L CATE et al,

        Defendant.

Case Number: CV12-02602 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 8, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Jamal Danwell Ortiz
K-94544
P O Box 8800
Corcoran, CA 93212

Dated: August 8, 2013

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk