UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL DANWELL ORTIZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CATE, et al.,<br><br>　　　　Defendants. | Case No.  12-2602 WHO (PR)<br><br>**ORDER EXTENDING TIME** |

　　　Defendants' motion to extend time to file a dispositive motion, or notice regarding such motion, is GRANTED.  Such motion shall be filed on or before November 4, 2013.

　　　**IT IS SO ORDERED.**

**Dated:**  August 8, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL ORTIZ,<br><br>          Plaintiff,<br><br>  v.<br><br>MATTHEW L CATE et al,<br><br>          Defendant. | Case Number: CV12-02602 WHO<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 8, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Jamal Danwell Ortiz
K-94544
P O Box 8800
Corcoran, CA 93212

Dated: August 8, 2013

                                      Richard W. Wieking, Clerk
                                      By: Jean Davis, Deputy Clerk