UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMAL DANWELL ORTIZ,

    Plaintiff,

    v.

GREG LEWIS, et al.,

    Defendants.

Case No. 12-cv-02602-JD

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a prisoner. Defendants previously filed a motion to dismiss, but plaintiff did not file an opposition or otherwise communicate with the Court. In ruling on the motion to dismiss, the Court dismissed some of plaintiff's claims with prejudice and other claims were dismissed with leave to amend and the Court discussed the deficiencies of the allegations. The time to amend has passed and plaintiff has not filed an amended complaint or otherwise communicated with the Court. This case is **DISMISSED** for failure to state a claim as set forth in the Court's prior order.

**IT IS SO ORDERED**.

Dated: March 9, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMAL DANWELL ORTIZ,

    Plaintiff,

  v.

GREG LEWIS, et al.,

    Defendants.

Case No. 12-cv-02602-JD

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 3/9/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jamal Danwell Ortiz
K-94544
P O Box 8800
Corcoran, CA 93212

Dated: 3/9/2015

Richard W. Wieking
Clerk, United States District Court

By /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO